# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

APRIL EASTERLING,

       Plaintiff,                    :         Case No. 3:11-cv-042

   -vs-                                       Magistrate Judge Michael R. Merz
                                          :

CITY OF DAYTON, OHIO, et al.,

       Defendants.

## ORDER COMPELLING DISCOVERY

This case is before the Court on Defendants' Motion to Compel (Doc. No. 13) which shows that Plaintiff has failed to respond within the time allowed by law for providing responses to written discovery. It is accordingly ordered that Plaintiff respond in writing to Defendants' interrogatories and requests for the production of documents not later than August 10, 2011. Plaintiff shall file a copy of her responses with the Court, Fed. R. Civ. P. 5 notwithstanding.

July 28, 2011.

                                                            s/ **Michael R. Merz**
                                                        United States Magistrate Judge